IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

**LUIS FELIPE LOPEZ,**

     **Debtor(s)**

_____ /

**Case No.   13-34118-LMI**
**Chapter    7**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the attached Re-Notice of Hearing [Docket Entry 49] on Debtor's Motion to Value and Determine Secured Status of Lien of Bucks Financial, LLC on Real Property (Value of Collateral: $193,363.00), was served on all Creditors on the attached CM/ECF Service List via the Court's CM/ECF electronic mail and via US First Class Mail, postage prepaid to all unsecured creditors, and by Certified Mail to the secured creditors on the following service list on September 17, 2014. Proof attached as Exhibit A.

DATED:    November 5, 2014.

ALIANZA LAW FIRM, P.L.

*/s/ Christian S. Diaz*
**Christian S. Diaz, Esq.**
Counsel for the Debtor
14100 Palmetto Frontage Rd
Suite 203
Miami Lakes, FL 33016
Telephone: 305-819-2270
Facsimile: 305- 819-2257
Florida Bar No: 518131.

SECURED CREDITORS SERVICE LIST


BUCKS FINANCIAL
c/o Registered Agent:   ATA Corporate Services
222 Delaware Ave, Ste 1200
Wilmington DE 19801

Ocwen Loan Svcg
C/O Ronald M. Faris
1661 Worthington Rd., Ste 100
West Palm Beach, FL 33409

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Owen Loan Svcs*
Street, Apt. No.; or PO Box No. *Ronald M. Faris*
*1661 Worthington Rd Ste 100*
City, State, ZIP+4 *West Palm Beach FL 33409*

PS Form 3800, August 2006       See Reverse for Instructions

7012 3460 0000 9557 3628

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Bucks Financial LLC*
*c/o ATA Corporate Services LLC*
Street, Apt. No.; or PO Box No. *222 Delaware Ave   Ste 1200*
City, State, ZIP+4 *Wilmington DE 19801*

PS Form 3800, August 2006       See Reverse for Instructions

7012 3460 0000 9557 3611

---

*- Lopez*
*Alianza - A. Martinez*

USPS Shenandoah Finance Unit
MIAMI, Florida
331459998
1158540130 -0098
09/17/2014     (800)275-8777     01:54:03 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WILMINGTON DE 19801-1611 Zone-5 | | | $0.49 |
| First-Class Mail Letter | | | |
| 0.80 oz. | | | |
| Expected Delivery: Sat 09/20/14 | | | |
| @@ Certified | | | $3.30 |
| USPS Certified Mail #: | | | |
| 70123460000095573611 | | | |
| Issue Postage: | | | $3.79 |
| WEST PALM BEACH FL 33409-6493 Zone-2 | | | $0.49 |
| First-Class Mail Letter | | | |
| 0.80 oz. | | | |
| Expected Delivery: Fri 09/19/14 | | | |
| @@ Certified | | | $3.30 |
| USPS Certified Mail #: | | | |
| 70123460000095573628 | | | |
| Issue Postage: | | | $3.79 |
| (Forever) | 1 | $9.80 | $9.80 |
| Songbirds | | | |
| PSA Bklt/20 | | | |
| Total: | | | $17.38 |

Paid by:
Debit Card                                   $17.38
   Account #:        XXXXXXXXXXXXX7116
   Approval #:       065313
   Transaction #:    499
   23 903520435
   Receipt#:         000535

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*******************************************
*******************************************



# Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification
Online Orders
Register for Online
Orders
Order Good Standing
Order Certified Documents
Order Business List
My Images
Search for Images

## Business Entity
### Filing History

**Date:** 11/4/2014 (Select the link above to view the Business Entity's Filing History)

## Business Name History

| Name | Name Type |
|------|-----------|
| Bucks Financial, LLC | Current Name |

## Limited Liability Company - Foreign - Information

| | |
|---|---|
| **Entity Number:** | 4155320 |
| **Status:** | Active |
| **Entity Creation Date:** | 12/14/2012 |
| **State of Business.:** | DE |
| **Registered Office Address:** | 3959 Welsh Road, Suite 363 Willow Grove PA 19090 Montgomery |
| **Mailing Address:** | No Address |

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Privacy Policy | Security Policy

Delaware.gov | Text Only       Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles
& Authentication of
Documents

Privacy Policy   Frequently Asked Questions   View Search Results

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **5258166** | Incorporation Date / Formation Date: | **12/13/2012** (mm/dd/yyyy) |
| Entity Name: | **BUCKS FINANCIAL, LLC** | | |
| Entity Kind: | **LIMITED LIABILITY COMPANY (LLC)** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

_Served_

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **ATA CORPORATE SERVICES, LLC** | | |
| Address: | **222 DELAWARE AVENUE SUITE 1200** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **(302)421-6890** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ◇ Status ◇ Status, Tax & History Information   Submit

Back to Entity Search

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

# Bucks Financial
228 Park Ave S, Suite #28282
New York, NY 10003-1502

New Servicer: Note Resolutions LLC
Phone: (855) 406-7552

Present Servicer: Bucks Financial, LLC
Phone: (800) 685-2040
Loan Number: 09-000507
Service Transfer Date: 10-08-2014

*Important Mortgage Servicing Information*

Luis Lopez
5371 Nw 184Th Street
Miami Gardens, FL 33055

Property Address: 5371 Nw 184Th Street, Miami Gardens,
FL 33055

Please keep a copy of this information with your mortgage loan agreement

09-22-2014

## NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF SERVICING RIGHTS

Dear Luis Lopez ,

In accordance with Section 6 of the Real Estate Settlement Act we are informing you that on 10-08-2014 the servicing of your account has been assigned, sold, or transferred from Bucks Financial, LLC to Note Resolutions LLC. The date your present servicer will stop accepting payments from you is 10-07-2014 Please send all payments on or after 10-08-2014 to your new servicer. The assignment, sale or transfer of the servicing of your mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your account. Effective 10-08-2014 direct payments to your new servicer Note Resolutions LLC. If you have questions relating to the transfer of servicing, please call Note Resolutions LLC at (855) 406-7552, Monday - Friday 9:00 AM to 5:00 PM. You will receive a billing statement from Note Resolutions LLC. Please send your payments to the following address:

**Note Resolutions LLC**
**1135 Clifton Ave ste 204A**
**Clifton, NJ 07013**

If you have any questions relating to the transfer of servicing from Bucks Financial, LLC prior to 10-08-2014, please call (800) 685-2040 Monday - Friday 9:00 AM to 5:00 PM.

You should also be aware of the following information, which is explained in more detail in Section 6 of the Real Estate Settlement Procedures Act ("RESPA") (12 U.S.C. Section 2605):

During the 60 day period following the effective date of the transfer of loan servicing, a loan payment received by your old servicer before the due date may not be treated by the new loan servicer as late and a late fee may not be imposed.

Section 6 of RESPA gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within five (5) business days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number and reasons for the request. Not later than thirty (30) business days after receiving your request, your servicer must make any appropriate corrections to your account and must provide you with written clarification regarding any dispute, or in some cases, a notice of a fifteen (15) business day extension. During this period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents. In addition, except as otherwise provided herein, we may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of the section. You should seek legal advice if you believe your rights have been violated.

Sincerely,
Bucks Financial, LLC

Bucks Financial, LLC is a debt collector attempting to collect a debt: any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as such and does not constitute an attempt to collect debt. Information provided by Bucks Financial, LLC or it employees is not to be interpreted as legal advice; Bucks Financial, LLC is not a law firm or a certified public accountant and does not hold itself out to be either. Bucks Financial, LLC and its employees attempt to provide general information/ideas on issues commonly encountered by Clients. Requests for legal or technical opinions should be directed to your attorney or accountant. If you are not the intended recipient, you may not use this information in any way.

# NEW JERSEY DEPARTMENT OF THE TREASURY
## DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF FORMATION

### NOTE RESOLUTIONS LIMITED LIABILITY COMPANY
#### 0400572920

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 05/10/2013 and was assigned identification number 0400572920.  Following are the articles that constitute its original certificate.

**1. Name:**
NOTE RESOLUTIONS LIMITED LIABILITY COMPANY

**2. Registered Agent:**
FURQAN BILAL

**3. Registered Office:**
1135 CLIFTON AVENUE
STE 204
CLIFTON, NJ 07013

**4. Business Purpose:**
MARKETING & CONSULTING SERVICES

**5. Effective Date of this filing is:**
05/10/2013

**6. Members/Managers:**
FURQAN BILAL
590 BLOOMFIELD AVENUE STE 122
BLOOMFIELD, NJ 07003

**7. Main Business Address:**
1135 CLIFTON AVENUE
STE 204
CLIFTON, NJ 07013

**Signatures:**
FURQAN BILAL
AUTHORIZED REPRESENTATIVE

*LLC*

**FILED**

**MAY 1 0 2013**

**STATE TREASURER**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 13th day of May, 2013

*Andrew P Sidamon-Eristoff*
State Treasurer



Certificate Number:   128334450
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp